## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MATTHEW JOHNSTON,** | : | Civil Action No. 1:05-CV-1518 |
| **NEIL FOCHT and WAYNE F. HENRY,** | : | |
| **Plaintiffs** | : | |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **DAUPHIN BOROUGH, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 14th day of December, 2005, following the initial case management conference and upon agreement of counsel for the parties, it is hereby ORDERED that formal referral of this action to mediation shall be held in abeyance, pending disposition of the defendants' motion to dismiss (Doc. 4). In anticipation of mediation, the parties may conduct preliminary discovery, until **Tuesday, February 28, 2006**. If necessary, a comprehensive case management order setting forth a pretrial/trial schedule shall be issued, following disposition of the parties' motions and mediation referral.

S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge
