# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MATTHEW JOHNSTON, et al.,** | : | **CIVIL ACTION NO. 1:05-CV-1518** |
| **Plaintiffs** | : | (Judge Conner) |
| v. | : | |
| **DAUPHIN BOROUGH, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 26th day of June, 2006, upon consideration of defendants' motion to dismiss (Doc. 22), and it appearing that the above-captioned case has been referred to mediation (see Doc. 16), it is hereby ORDERED that briefing on defendants' motion to dismiss (Doc. 22) is held in ABEYANCE pending mediation. If necessary, a briefing schedule shall be issued by future order of court.

/s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge